United States District Court
Southern District of Texas
**ENTERED**
March 29, 2024
Nathan Ochsner, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| AEGIS SECURITY INSURANCE COMPANY, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. H-23-316 |
| JAIME HARO and MARGARITA HARO, | § § § | |
| Defendants. | § § | |

## FINAL JUDGMENT

For the reasons stated in the Memorandum and Order separately signed this day, it is

ORDERED, ADJUDGED, and DECLARED as follows:

Plaintiff Aegis Security Insurance Company's contractual liability under Texas Homeowners Policy No. KOP60036998/R01, insuring the residence of Defendants Jaime and Margarita Haro, for the losses sustained by the Haros to their insured property in February 2021, reported under Aegis Claim No. 831204, was satisfied and fully discharged by Aegis's payments to the Haros of $20,000 for property damage and $5,600 for alternative living arrangement expenses.

All other and further relief, if any, sought by any party, is hereby DENIED.

This is a FINAL JUDGMENT.

The Clerk will enter this Order, providing a correct copy to all counsel of record.

SIGNED at Houston, Texas, on this 29TH day of March, 2024.

                                                              _____
                                                              EWING WERLEIN, JR.
                                                              UNITED STATES DISTRICT JUDGE